**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: December 01, 2009**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:　　　　　　　　　　　　　　　　　CASE NO:  04-38030
　　　　　　　　　　　　　　　　　　　　　　　(Chapter 13)
JARHANA MARTIN　　　　　　　　　　JUDGE:  GUY R. HUMPHREY

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T1XXXX
ORDER DISMISSING CASE

　This matter is before the Court upon the Chapter 13 Trustee's Motion to Dismiss. As no party has timely opposed the motion, the Motion to Dismiss is GRANTED.

　IT IS ORDERED that this case be and hereby is dismissed.

　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　/s/ JEFFREY M. KELLNER

　　　　　　　　　　　　　　　　JEFFREY M. KELLNER　　0022205
　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　Phone:  (937) 222-7600
　　　　　　　　　　　　　　　　Fax:  (937) 222-7383
　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

Copies To: 04-38030

JEFFREY M. KELLNER
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JARHANA MARTIN
5529 HUMMOCK RD
DAYTON, OH  45426

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

0438030_155_20091130_133244_756/T282_jb
###